

600 Third Avenue, 42nd Floor, New York, NY 10016•(212) 684-0199

February 19, 2025

Scott S. Ahroni
(212) 413-2890
(212) 684-0197 Fax
sahroni@polsinelli.com

*Via CM/ECF*

The Honorable Gregory H. Woods, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/25
```

**MEMORANDUM ENDORSED**

Re: Gross v. United States of America
Case No. 1:25-cv-01306-GHW
First Request for Adjournment – May 29, 2025 Initial Pretrial Conference

Dear Judge Woods:

Our office represents Kenneth Gross as Administrator of the Estate of Harriet D. Feuer ("Plaintiff"). We are in receipt of the Court's Notice of Initial Pretrial Conference (Dkt. No. 5) to take place on May 29, 2025 at 4:00 p.m. We write to kindly request a first adjournment of the conference.

Counsel is already set for a hearing on that date in an unrelated matter. We have not been able to confer and obtain consent from the United States of America ("Defendant") as service of process is still in progress. In anticipation of Defendant entering an appearance, we would like to propose the following date(s) as alternatives: June 2, June 3, June 8, June 9, June 10 and June 11.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Scott S. Ahroni*
Scott S. Ahroni

Application granted. Plaintiff's February 19, 2025 request to adjourn the initial pretrial conference, Dkt. No. 6, is granted. The initial pretrial conference scheduled for May 29, 2025 is adjourned to June 3, 2025 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's February 14, 2025 order are due no later than May 27, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 6.

SO ORDERED.

Dated: February 20, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Atlanta | Boston | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Kansas City | Los Angeles | Miami | Nashville | New York | Park City | Phoenix | Raleigh | Salt Lake City
San Diego | San Francisco | Seattle | St. Louis | Washington, D.C. | Wilmington

polsinelli.com