UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KENNETH GROSS, Administrator of the
ESTATE OF HARRIET D. FEUER,

                     Plaintiff,

       -against-

UNITED STATES OF AMERICA,

                     Defendant.

-------------------------------------------------------------X

25-CV-01306 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. All deadlines in this case, including the deadline to file a status letter updating the Court on the progress of discovery, shall be extended by the number of days between September 30, 2025, and the restoration of federal funding.

SO ORDERED.

                                                          _____
                                                          SARAH NETBURN
                                                         United States Magistrate Judge

DATED:     October 28, 2025
               New York, New York