```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KENNETH GROSS, Administrator of the
ESTATE OF HARRIET D. FEUER,

                              Plaintiff,              25-CV-01306 (SN)

              -against-                               ORDER

UNITED STATES OF AMERICA,

                              Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025

**SARAH NETBURN, United States Magistrate Judge:**

In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines shall be extended by the number of days between September 30, 2025, and the restoration of federal funding.

The deadline to complete fact discovery is adjourned to Thursday, February 12, 2026; the deadline to disclose expert evidence is adjourned to Tuesday, December 16, 2025; the deadline to disclose rebuttal expert evidence is adjourned to Thursday, January 15, 2026; the deadline to complete expert discovery is adjourned to Thursday, February 9, 2026; and any summary judgment motion shall be filed, without a pre-motion letter, by Monday, March 16, 2026.

Further, the parties shall provide a joint status letter updating the Court on the progress of discovery by Monday, December 8, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  November 18, 2025
        New York, New York