**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 12/11/2025

**KENNETH GROSS, Administrator of the**
**ESTATE OF HARRIET D. FEUER,**

                    **Plaintiff,**

      -against-

**UNITED STATES OF AMERICA,**

                  **Defendant.**

-----------------------------------------------------------------X

**25-CV-01306 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties were ordered to file a joint status letter updating the Court on the progress of discovery by Monday, December 8, 2025. See ECF No. 22. The parties missed this deadline. The parties will be given until next Friday, December 19, 2025, to submit their joint status letter.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 11, 2025
              New York, New York